STANLEY FABISIAK, an Infant, by WALTER FABISIAK, His Guardian ad Litem, Appellant, *v.* EMPIRE STEEL PARTITION CO., INC., Respondent.

WALTER FABISIAK, Appellant, *v.* EMPIRE STEEL PARTITION CO., INC., Respondent.

(Argued November 26, 1930; decided January 6, 1931.)

*Thomas J. Cuff* and *Milton Pinkus* for appellants.

*Joseph F. Hanley, Irving Ehrlich* and *H. C. Houlihan* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.